# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROUTHA ROUSSAW,

        Appellant

        v.

COMMONWEALTH OF PENNSYLVANIA,

        Appellee

:  No. 16 EAP 2015
:
:
:
:  Appeal from the order of
:  Commonwealth Court dated January
:  21, 2015 at No. 654 CD 2014
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this case.